UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELO LEE TAYLOR,

    Plaintiff,

vs.

PENNYMAC LOAN SERVICES, LLC, *et al.*,

    Defendants.

Case No. 3:24-cv-282

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc No. 2); (2) DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* Doc. No. 1); AND (3) DISMISSING PLAINTIFF'S COMPLAINT (Doc. No. 1) WITH PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Caroline H. Gentry (Doc. No. 2), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Plaintiff has not filed objections to the Report and Recommendation, and the time for doing so under Fed. R. Civ. P. 72(b) has expired.[1]

Upon careful review of the foregoing, the Court determines that the Report and Recommendation correctly sets forth the applicable law, is well reasoned, and should be adopted.  Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety; (2) **DENIES** Plaintiff's motion to proceed *in forma pauperis*; and (3) **DISMISSES** Plaintiff's complaint with prejudice for lack of subject matter jurisdiction.  The Court

---

[1] Plaintiff has taken no action in this case since filing his motion to proceed *in forma pauperis* and his complaint with attached exhibits (Doc. No. 1) more than six months ago.

**CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith, and consequently, **DENIES** Plaintiff leave to appeal this Order *in forma pauperis*.

**IT IS SO ORDERED.**

May 8, 2025                                    s/*Michael J. Newman*
                                                              Hon. Michael J. Newman
                                                              United States District Judge