# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Angelo Lee Taylor, <br> *Plaintiff* <br> v. <br> PennyMac Loan Services, LLC <br> *Defendant* | Civil Action No. 3:24-cv-00282 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc No. [2]); (2) DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS Doc. No. [1]); AND (3) DISMISSING PLAINTIFF'S COMPLAINT (Doc. No. [1]) WITH PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for Report and Recommendations

Date: 05/08/2025

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk